Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO PASTRANA,<br><br>Defendant. | **1:22-CR-2058-SAB**<br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of Firearms<br><br>18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about May 6, 2022, in the Eastern District of Washington, the Defendant, ALBERTO PASTRANA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, firearms, to wit: a Taurus, model 709 slim, 9 millimeter semi-automatic handgun bearing serial number TJW91614, and a H&R, model 329, .22 long rifle caliber revolver bearing serial number BB032398, which firearms had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

INDICTMENT-1

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, ALBERTO PASTRANA, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Taurus, model 709 slim, 9 MM pistol, serial number TJW91614, and
- a K&R model 329, .22 long rifle caliber revolver, serial number BB032398.

DATED this 10th day of May, 2022.

*Vanessa Waldref* (signature)
Vanessa R. Waldref
United States Attorney

_____
Richard C. Burson
Assistant United States Attorney

INDICTMENT-2