FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## CHARGES AND PENALTIES

May 10, 2022

SEAN F. McAVOY, CLERK

**CASE NAME:** Alberto Pastrana     **CASE NO.** 1:22-CR-2058-SAB-1

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922 (g)(1), 924(a)(2) | Felon in Possession of Firearms | CAG not more than 10 years imprisonment; and/or $250,000 fine; 3 years supervised release; and a $100 special penalty assessment |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |