Vanessa R. Waldref

United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone:  (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-02058-SAB |
| Plaintiff, | Motion for Detention |
| v. | |
| ALBERTO PASTRANA, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    <u>Eligibility of Case</u>

This case is eligible for a detention order because the case involves (check one or more):

☐    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐    Maximum penalty of life imprisonment or death;

Motion for Detention - 1

☐      Drug offense with maximum penalty of 10 years or more;

☐      Felony, with two prior convictions in above categories;

☒      Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒      Serious risk Defendant will flee; or

☒      Serious risk obstruction of justice.

2.    <u>Reason for Detention</u>

The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒      Defendant's appearance as required; or

☒      Safety of any other person and the community.

3.    <u>Rebuttable Presumption</u>.

The United States   ☐ will   ☒ will not  invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

If the United States is invoking the presumption, it applies because there is probable cause to believe Defendant committed:

☐      Drug offense with maximum penalty of 10 years or more;

Motion for Detention - 2

☐     An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐     An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐     An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐     An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐     Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

4.    <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☒     At the first appearance, or

☐     After a continuance of three days.

5.    <u>No Contact Order</u>

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim

or potential witness in the subject investigation or prosecution.  Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

Dated: May 16, 2022.

Vanessa R. Waldref
United States Attorney

s/Richard C. Burson

Richard C. Burson
Assistant United States Attorney

Motion for Detention - 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on   May 16, 2022   , I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to Defendant's counsel of record, if any have been

appointed or retained.

s/Richard C. Burson
—————————————————————
Richard C. Burson
Assistant United States Attorney

Motion for Detention - 5