AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>ALBERTO PASTRANA<br><br>*Defendant* | )<br>)  Case No.  1:22-CR-2058-SAB-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **ALBERTO PASTRANA**                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of Firearms

Date: May 10, 2022, 4:40 pm

*Issuing officer's signature*

City and state:  Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 05/11/22, and the person was arrested on *(date)* 05/16/22
at *(city and state)* _____

Date: 05/16/22

*Arresting officer's signature*

J. Mark Keller, ATF TFO
*Printed name and title*