1
2
3

Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

4
5

Attorney for Defendant
Alberto Pastrana

6

7
8
9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

10

United States of America,

11

                         Plaintiff,

No.  1:22-CR-2058-SAB

12

    v.

**Notice of Appearance**

13
14

Alberto Pastrana,

                         Defendant.

15

16
17
18
19
20
21
22
23
24
25

        Please take notice that Craig D. Webster of the Federal Defenders

of Eastern Washington and Idaho hereby enters his appearance as

counsel of record in this matter. All future correspondence and court

filings should be forwarded directly to the address listed above.

//

//

Notice of Appearance:  1

1    Dated:  May 17, 2022.

2

3

4                                                    By s/ Craig D. Webster
                                                        Craig D. Webster, 40064
5                                                       Attorney for Alberto Pastrana
                                                        Federal Defenders of Eastern
6                                                       Washington and Idaho
                                                        306 East Chestnut Avenue
7                                                       Yakima, Washington 98901
                                                        (509) 248-8920
8                                                       (509) 248-9118 fax
                                                        Craig_Webster@fd.org
9

10

11                                **Certificate of Service**

12
        I hereby certify that on May 17, 2022, I electronically filed the
13
     foregoing with the Clerk of the Court using the CM/ECF System which
14
     will send notification of such filing to the following: Richard C. Burson,
15
     Assistant United States Attorney.
16

17                                                    s/ Craig D. Webster
                                                      Craig D. Webster
18

19

20

21

22

23

24

25

Notice of Appearance:  2