# United States District Court, Eastern District of Washington
## Senior Judge Edward F. Shea
### Richland

## USA v. ALBERTO PASTRANA          Case No.    1:22-CR-2058-SAB-1

Richland Video Conference (EFS @ Richland; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

## Detention Hearing:                                              05/19/2022

☒ Sara Gore, Courtroom Deputy [R]                    ☒ Richard Burson, US Atty [Y]
☒ Pam Howard, Courtroom Deputy [Y]                  ☒ Craig Webster, Defense Atty [Y]
☒ Erica Helms, US Probation / Pretrial              ☒ Interpreter **NOT REQUIRED**
   Services (video)

☒ Defendant present ☒ in custody USM                ☐ Defendant not present / failed to appear

---

☒ Defendant continued detained                       ☐ Conditions of Release imposed
                                                     ☐ 199C Advice of Penalties/Sanctions

## REMARKS

USA proffered the pretrial services report and concurs with its recommendation of continued detention of the Defendant.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community. USA argues the weight of the evidence along with the Defendant's assaultive behavior.

Defense counsel argued why the Defendant should be released. Defense counsel argues conditions of release with GPS home monitoring.

Rebuttal argument by USA.

Rebuttal argument by Defense counsel.

**The Court ordered:**

1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.

---