Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Alberto Pastrana

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br><br>  v.<br><br>Alberto Pastrana,<br><br>                        Defendant. | No. 1:22-CR-2058-SAB<br><br>**Motion to Continue Trial**<br><br>Without Oral Argument<br>July 6, 2022, 6:30 p.m. |

Alberto Pastrana moves this Court to continue the pretrial conference and trial in his case. The pretrial conference is currently set for July 6, 2022, and trial is currently set for July 18, 2022. This is Mr. Pastrana's first continuance request and the government does not have an objection.

Motion to Continue Trial: 1

On May 16, 2022, Mr. Pastrana was arraigned on a one-count indictment charging him with Felon in Possession of Firearms in violation of 18 U.S.C. § 922(g)(1), 924(a)(1).[1] Mr. Pastrana is currently in-custody pending trial at the Yakima County Jail. The defense team consistently meets with Mr. Pastrana and process is being made on his case.

The defense is still in the process of reviewing the discovery with Mr. Pastrana. Additionally, legal research is being conducted in regards to potential pretrial motions. Likewise, the gathering of potential investigatory information is being looked into. Finally, the defense is in the process of investigating the government's evidence against Mr. Pastrana. The defense needs additional time to effectively complete pretrial investigation, legal research, and to build Mr. Pastrana's defense should the matter go to trial. Based on this need the defendant moves, through counsel, for a continuance.

Counsel therefore believes that a continuance is necessary to allow reasonable time, exercising due diligence, to effectively prepare Mr. Pastrana's defense. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

---

[1] *See* ECF Nos. 1, 13.

Defense counsel has discussed the need for the requested continuance with Mr. Pastrana, and he agrees with the request. He also acknowledges that any continuance would constitute excludable time under the Speedy Trial Act, and he has signed a speedy trial waiver to that effect.

Counsel was provided continuance dates by Madame Courtroom Deputy Robinson in an email correspondence of which Mr. Burson and Mr. Hanlon (AUSA) were included. The dates provided by Madame Courtroom Deputy Robinson work for defense counsel and Mr. Pastrana. Mr. Hanlon has indicated that the government has no objection to the continuance (or dates).

Based on the foregoing, Mr. Pastrana respectfully requests that the Court continue his pretrial conference to October 5, 2022, and continue trial to October 17, 2022, adjust the associated deadlines, and order that the time of the continuance is excludable for purposes of the Speedy Trial Act.

Dated: June 30, 2022.

By s/ Craig D. Webster
Craig D. Webster,
WSBA# 40064
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Craig_Webster@fd.org

### Certificate of Service

I hereby certify that on June 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Richard C. Burson, Assistant United States Attorney.

s/ Craig D. Webster
Craig D. Webster