UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>ALBERTO PASTRANA,<br>  Defendant. | No. 1:22-CR-2058-SAB<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from ___7/18/2022___ to ___10/17/2022___. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant
Date: 6-29-22

_____
CRAIG D. WEBSTER
Printed Name of Attorney

_____
Counsel for Defendant
Date: 6/29/22

_____
Interpreter

WAIVER OF SPEEDY TRIAL