Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Alberto Pastrana

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br> v.<br><br>Alberto Pastrana,<br><br>      Defendant. | No. 1:22-CR-2058-SAB<br><br>**Motion to Expedite Hearing**<br><br>Without Oral Argument<br>July 1, 2022 at 6:30 p.m. |

  Alberto Pastrana hereby moves this Court to consider on an expedited basis his separately filed motion to continue trial. Given the fact that the defense is requesting an extension of imminent deadlines and the government does not appear to have an objection to defendant's motion for continuance, Mr. Pastrana respectfully requests that the Court bypass the standard hearing times set forth in Local Rule 7.1(h)(2)(a).

//

Motion to Expedite: 1

Dated: June 30, 2022.

>By s/ Craig D. Webster
>Craig D. Webster,
>WSBA# 40064
>Federal Defenders of Eastern Washington and Idaho
>306 East Chestnut Avenue
>Yakima, Washington 98901
>(509) 248-8920
>(509) 248-9118 fax
>Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on June 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Richard C. Burson, Assistant United States Attorney.

>s/ Craig D. Webster
>Craig D. Webster

Motion to Expedite: 2