```
1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Richard C. Burson
4  Assistant United States Attorney
   402 E. Yakima Ave., Suite 210
5  Yakima, WA 98901
6  Telephone: (509) 454-4425
```

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 12 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO PASTRANA,<br><br>Defendant. | 1:22-CR-02058-SAB<br><br>SUPERSEDING INDICTMENT<br><br>Vios.: 18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of Firearms<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine<br>(Count 2)<br><br>18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about May 6, 2022, in the Eastern District of Washington, the Defendant, ALBERTO PASTRANA, knowing of his status as a person previously convicted of a

SUPERSEDING INDICTMENT-1

crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, firearms, to wit: a Taurus, model 709 slim, 9 millimeter semi-automatic handgun bearing serial number TJW91614, and a H&R, model 929, .22 long rifle caliber revolver bearing serial number BB032398, which firearms had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## COUNT 2

On or about May 6, 2022, in the Eastern District of Washington, the Defendant, ALBERTO PASTRANA, did knowingly and intentionally possess with intent to distribute 5 grams of more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Superseding Indictment, the Defendant, ALBERTO PASTRANA, shall forfeit to the United States of America, any firearms ammunition involved or used in the commission of the offense, including, but not limited to:

SUPERSEDING INDICTMENT-2

- Taurus, model 709 slim, 9 millimeter semi-automatic handgun bearing serial number TJW91614;

- H&R, model 929, .22 long rifle caliber revolver bearing serial number BB032398;

- 22 rounds of .22 caliber ammunition from assorted manufacturers; and,

- 2 rounds of 9mm caliber ammunition headstamped Federal.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in this Superseding Indictment, the Defendant, ALBERTO PASTRANA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- Taurus, model 709 slim, 9 millimeter semi-automatic handgun bearing serial number TJW91614;

- 22 rounds of .22 caliber ammunition from assorted manufacturers

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

SUPERSEDING INDICTMENT-3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 12th day of July, 2022.

A TRUE BILL

███████████████
Foreperson

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Richard C. Burson_
Richard C. Burson
Assistant United States Attorney

SUPERSEDING INDICTMENT-4