FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Alberto Pastrana      **CASE NO.** 1:22-CR-02058-SAB

TOTAL # OF COUNTS: __2__   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in possession of firearms | Not more than 10 years imprisonment; up to $250,000 fine; 3 years supervised release; and a $100 special penalty assessment |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | Possession with intent to distribute 5 Grams or More of Actual (Pure) Methamphetamine | No less than 5 years and no more than 40 years imprisonment; up to $5,000,000 fine; no less than 4 years nor more than life supervised release; denial of Fed. Benefits; and $100 special penalty assessment |
|  | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 | Forfeiture allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |