# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
## Yakima

| | |
|---|---|
| **USA v. ALBERTO PASTRANA** | **Case No.  1:22-CR-2058-SAB-1** |

**Arraignment on Superseding Indictment:**                                                                 07/15/2022

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Todd Swensen, US Atty |
| | | ☒ | Paul Shelton, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of charging document | | |
| ☒ | Defendant waived reading of charging document | | |
| ☐ | Charging document read in open court | | |

## REMARKS

   Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
   The Defendant acknowledged to the Court that their true and correct name is: ALBERTO PASTRANA.
   "Not guilty" plea entered.
   Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined. Issue of detention not before the Court. Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.
3. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.