Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Alberto Pastrana

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>  v.<br><br>Alberto Pastrana,<br><br>                    Defendant. | No.  1:22-CR-2058-SAB<br><br>**Motion to Continue Trial**<br><br>Without Oral Argument<br>October 5, 2022, 6:30 p.m. |

Alberto Pastrana moves this Court to continue the pretrial conference and trial in his case. The pretrial conference is currently set for October 5, 2022, and trial is currently set for October 17, 2022. This is Mr. Pastrana's second continuance request and the government does not have an objection.

On May 16, 2022, Mr. Pastrana was arraigned on a one-count indictment charging him with Felon in Possession of Firearms in violation of 18 U.S.C. § 922(g)(1), 924(a)(1).[1] On July 15, 2022, Mr. Pastrana was arraigned on a two-count superseding indictment which added count 2 charging him with Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii). Mr. Pastrana is currently in-custody pending trial at the Yakima County Jail. An offer has been made by the government for Mr. Pastrana's consideration. The government has made its intentions clear that two additional charges will be added in a third superseding indictment should Mr. Pastrana not accept their offer to plead guilty. The defense team consistently meets with Mr. Pastrana and progress is being made on his case.

Mr. Pastrana has been active in the law library at the County Jail and has provided counsel with a list of cases and potential issues for review. Counsel has independently identified potential pretrial issues through independent legal research. Additional time is necessary to complete legal research and to draft pretrial motions in a timely

---

[1] *See* ECF Nos. 1, 13.

manner.  Counsel has discussed this with Mr. Pastrana and he is in agreement that a continuance is in his best interest to complete the necessary work to file comprehensive pretrial motions on his behalf. Finally, should the case proceed to trial additional time is necessary to prepare Mr. Pastrana's defense for trial.   Based on this need the defendant moves, through counsel, for a continuance.

Counsel therefore believes that a continuance is necessary to allow reasonable time, exercising due diligence, to effectively prepare Mr. Pastrana's defense. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Defense counsel has discussed the need for the requested continuance with Mr. Pastrana, and he agrees with the request. He also acknowledges that any continuance would constitute excludable time under the Speedy Trial Act, and he has signed a speedy trial waiver to that effect.

Counsel was provided continuance dates by Madame Courtroom Deputy Fox in an email correspondence of which Mr. Burson was included.  The dates provided by Madame Courtroom Deputy Fox work for defense counsel and Mr. Pastrana.  Mr. Burson has indicated that the government has no objection to the continuance (or dates).

Based on the foregoing, Mr. Pastrana respectfully requests that the Court continue his pretrial conference to January 11, 2023, and continue trial to January 23, 2023, adjust the associated deadlines, and order that the time of the continuance is excludable for purposes of the Speedy Trial Act.

Dated: October 3, 2022.

By s/ Craig D. Webster
   Craig D. Webster,
   WSBA# 40064
   Federal Defenders of Eastern Washington and Idaho
   306 East Chestnut Avenue
   Yakima, Washington 98901
   (509) 248-8920
   (509) 248-9118 fax
   Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Richard C. Burson, Assistant United States Attorney.

                                           s/ Craig D. Webster
                                           Craig D. Webster