UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALBERTO PASTRANA,<br><br>　　　　　Defendant. | No. 1:22-CR-2058-SAB<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from ___10/17/2022___ to ___1/23/~~2022~~ 2023___. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant

Date: __9/30/22__

_____
CRAIG D. WESTER
Printed Name of Attorney

_____
Counsel for Defendant

Date: __9/30/22__

_____
Interpreter

WAIVER OF SPEEDY TRIAL