1

2

3

Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

4

5

Attorney for Defendant
Alberto Pastrana

6

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

8

9

10

11

12

United States of America,

                              Plaintiff,

     v.

Alberto Pastrana,

                              Defendant.

No.  1:22-CR-2058-SAB

**Motion to Expedite Hearing**

Without Oral Argument
October 3, 2022 at 6:30 p.m.

13

14

15

16

17

18

19

20

        Alberto Pastrana hereby moves this Court to consider on an

expedited basis his separately filed motion to continue trial. Given the

fact that the defense is requesting an extension of imminent deadlines

and the government does not appear to have an objection to defendant's

motion for continuance, Mr. Pastrana respectfully requests that the

Court bypass the standard hearing times set forth in Local Rule

7.1(h)(2)(a).

21

//

Motion to Expedite:  1

1    Dated: October 3, 2022.

2

3                                        By s/ Craig D. Webster
                                            Craig D. Webster,
4                                           WSBA# 40064
                                            Federal Defenders of Eastern
5                                           Washington and Idaho
                                            306 East Chestnut Avenue
6                                           Yakima, Washington 98901
                                            (509) 248-8920
7                                           (509) 248-9118 fax
                                            Craig_Webster@fd.org

8

9

10                            Certificate of Service

11        I hereby certify that on October 3, 2022, I electronically filed the

12    foregoing with the Clerk of the Court using the CM/ECF System which

13    will send notification of such filing to the following: Richard C. Burson,

14    Assistant United States Attorney.

15
                                        s/ Craig D. Webster
16                                      Craig D. Webster

17

18

19

20

21

                                                      Motion to Expedite:  2