FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALBERTO PASTRANA,<br><br>　　　　　　Defendant. | NO. 1:22-CR-02058-SAB-1<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL** |

　　　　Before the Court are Defendant's Motion to Continue Trial, ECF No. 32 and Motion to Expedite, ECF No. 34. Defendant is represented by Craig Webster. The United States is represented by Assistant United States Attorney Richard Burson.

　　　　Defendant asks to continue the pretrial conference and trial date to allow him additional time to complete his investigation, file pretrial motions, and prepare for trial. He indicates the United States did not object to his request. Defendant filed a waiver of his Speedy Trial rights, ECF No. 33. Good cause exists to grant the motion.

　　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　　1.　　Defendant's Motion to Expedite, ECF No. 34, is **GRANTED**.

　　　　2.　　Defendant's Motion to Continue, ECF No. 32, is **GRANTED**.

　　　　3.　　The current trial date of October 17, 2022 is **STRICKEN** and **RESET** to **January 23**, **2023** at **9:00 a.m**., commencing with a **final** pretrial conference at **8:30 a.m.** All hearings shall take place in **Yakima,** Washington.

　　　　4.　　The pretrial conference set for October 5, 2022, is **continued** to **January 11, 2023**, at **2:00 p.m**. in **Yakima**, Washington. Counsel shall advise the

**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL ~ 1**

Court regarding any dispositive change in the status of this case **at least 5 days prior to the pretrial conference**. Any motion to continue the pretrial conference or trial shall be filed at the earliest practicable opportunity, but no later than **seven (7) days prior to said proceeding**. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, the Defendant's signed Speedy Trial Waiver; (3) the position of opposing counsel; and (4) the proposed new date. Continuances are not granted absent good cause.

    5.    All pretrial motions shall be filed on or before **December 12, 2022**.

    6.    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between October 17, 2022, the current trial date, until January 23, 2023, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL** ~ 2

7.  Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 3rd day of October 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL ~ 3**