Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 East Yakima Ave, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ALBERTO PASTRANA,<br><br>          Defendant. | No.   1:22-CR-02058-SAB<br><br>UNITED STATES' NOTICE OF ADMINISTRATIVE FORFEITURE |

The United States of America hereby gives notice that on September 29, 2022, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) entered a decision of administrative forfeiture for the following listed assets included in the forfeiture allegation of the Superseding Indictment dated July 12, 2022:

- Taurus, model 709 slim, 9 millimeter semi-automatic handgun bearing serial number TJW91614;

- H&R, model 929, .22 long rifle caliber revolver bearing serial number BB032398;

- 22 rounds of .22 caliber ammunition from assorted manufacturers; and,

- 2 rounds of 9mm caliber ammunition headstamped Federal.

NOTICE OF ADMINISTRATIVE FORFEITURE          1

The government will not pursue criminal forfeiture of the assets listed in this notice based upon ATF's completion of its administrative forfeiture actions. No further judicial action is required.

DATED: November 7, 2022

                                             Vanessa R. Waldref
                                             United States Attorney

                                             *s/ Richard C. Burson*
                                             Richard C. Burson
                                             Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the Defendant's counsel of record.

*s/ Richard C. Burson*
Richard C. Burson
Assistant United States Attorney