PROB 12C
(6/16)

Report Date: August 13, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**for the**

Aug 13, 2026

SEAN F. MCAVOY, CLERK

**Eastern District of Washington**

ECF No. 84

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alberto Pastrana Case Number: 0980 1:22CR02058-SAB-1

Address of Offender: [redacted] Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 12, 2023

Original Offense: Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence: Prison - 48 months
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Earl Allen Hicks

Date Supervision Commenced: October 10, 2025

Defense Attorney: Federal Defender's Office

Date Supervision Expires: October 9, 2028

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court 05/04/2026 and 06/02/2026.

On October 10, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Pastrana, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On or about June 11, 2026, Alberto Pastrana allegedly violated mandatory condition number 1 by committing a number of new law violations, to include: 2nd degree assault domestic violence, three counts of felony harassment, unlawful imprisonment, 2nd degree assault strangulation domestic violence, theft of a motor vehicle and 2nd degree theft.

According to the information received, on June 12, 2026, officers with the Yakima Police Department (YPD) were called for a welfare check, after law enforcement received a phone call from a woman who appeared to be in distress.

After some time, officers were finally able to make contact with the distressed woman. She claimed that on June 11, 2026, while accompanied by her two minor children, she met up with Mr. Alberto Pastrana. At that time, he took her cell phone and the keys to her vehicle. It is further alleged that over the next day or so, the offender assaulted and threatened to kill the victim on multiple occasions, while refusing to let her leave and denying requests for the

return of her property. At one point, Mr. Pastrana is alleged to have told the woman to "hurry up and put the girls to sleep so (he) can take (her) to 'the cuts;'" 'the cuts' is a street term for the woods or a secluded area where someone could commit a crime without being seen.

In a statement to law enforcement, the victim stated she feared for her life and her children's lives because of prior occasions of violence with the offender and because she "knows Alberto carries firearms and has seen him with firearms."

5 **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).

**Supporting Evidence**: On or about June 12, 2026, Alberto Pastrana allegedly violated standard condition number 10 by possessing a firearm, which resulted in his arrest for 1st degree unlawful possession of a firearm and possession with intent to deliver methamphetamine.

On June 12, 2026, officers with the YPD located and arrested Mr. Pastrana. He was driving the woman's vehicle, which he was alleged to have stolen, and had two of her debit cards in his pants pocket.

Following the offender's arrest, a search of the vehicle was conducted, with the consent of the vehicle's owner. Prior to the search, Mr. Pastrana was adamant he did not have any property in the vehicle. Officers then located a black backpack on the floorboard of the backseat. Upon opening the large main pouch of the backpack, officers located an envelope with "Alberto Pastrana" printed on the front; it contained several documents with the offender's name, as well as photos of him. In the next pouch, law enforcement located a 1911 style black/silver handgun and two additional .45 caliber magazines. It should be noted that behind the handgun was a wallet which contained several forms of identification for Mr. Pastrana, to include his Washington State identification card.

In a smaller pouch of the backpack, officers located two clear bags containing a white crystalline substance, believed to be amphetamines, as well as a box of small baggies. As such, the offender was additionally charged with 1st degree unlawful possession of a firearm and possession with intent to deliver methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/13/2026

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian
Signature of Judicial Officer

8/13/2026
Date